IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE, | No. C-11-2424 MMC |
| Plaintiff, | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| v. | |
| THE COCA-COLA COMPANY, | |
| Defendant. | |

The parties to the above-titled action having stipulated that the instant action is duplicative of <u>Farmers Insurance Exchange v. The Coca-Cola Company</u>, No. C-11-2042 MMC, in that the two actions proceed on the same removed complaint (<u>see</u> Def.'s Admin. Mot., filed June 17, 2011 in Case No. C-11-2042, at 3:18 - 4:9; Stipulation, filed June 17, 2011 in Case No. C-11-2042), the instant action is hereby DISMISSED, without prejudice.

**IT IS SO ORDERED.**

Dated: June 29, 2011

MAXINE M. CHESNEY
United States District Judge