| | |
|---|---|
| 1 | **ALPER & McCULLOCH** |
| | DEAN A. ALPER, ESQ. - State Bar No. 117305 |
| 2 | 100 Drakes Landing Road, Suite 160 |
| | Greenbrae, CA 94904-3120 |
| 3 | Telephone (415) 785-8814 |
| | Facsimile (415) 785-8831 |
| 4 | daa@alpermcculloch.com |
| 5 | Attorney for Plaintiff |
| | FARMERS INSURANCE EXCHANGE |
| 6 | |
| 7 | **RIMAC MARTIN, P.C.** |
| | ANNA M. MARTIN - State Bar No. 154279 |
| | JOSEPH F. CHARLES - State Bar No. 228456 |
| 8 | 1051 Divisadero Street |
| | San Francisco, California 94115 |
| 9 | Telephone (415) 561-8440 |
| | Facsimile (415) 561-8430 |
| 10 | amartin@rimacmartin.com |
| 11 | Attorneys for Defendants |
| | BCI COCA-COLA BOTTLING COMPANY |
| 12 | OF LOS ANGELES (improperly sued as |
| | THE COCA-COLA COMPANY |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE | Case No. CV 11-02424-~~PJH~~  MMC |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER** |
| vs. | |
| THE COCA-COLA COMPANY and DOES 1 to 50, inclusive, | **Fed.R.Civ.Proc. 41(a)** |
| Defendants. | |

    IT IS HEREBY STIPULATED by and between the parties hereto, by and through their counsel of record herein, that the above-captioned action, which was consolidated with United States District Court, Northern District of California, Case No. CV 11-02323 by Court Order

1

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER     Case No. CV 11-02424-PJH

1  dated June 23, 2011, may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of
2  the Federal Rules of Civil Procedure.
3      The parties shall bear their own respective attorney fees and costs of suit.
4      **IT IS SO STIPULATED.**

**ALPER & McCULLOCH**

8  DATED: August 13, 2012      By:    /s/ D<small>EAN</small> A<small>LPER</small>
                                      DEAN ALPER
9                                     Attorneys for Plaintiff
                                      FARMERS INSURANCE EXCHANGE

**RIMAC MARTIN, P.C.**

13 DATED:  August 13, 2012     By:    /s/ A<small>NNA</small> M. M<small>ARTIN</small>
                                      ANNA M. MARTIN
14                                    Attorneys for Defendant
15                                    BCI COCA-COLA BOTTLING COMPANY OF
                                      LOS ANGELES (improperly sued herein as THE
16                                    COCA-COLA COMPANY)

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

DATED: August  21  , 2012     By:  _____
                                   UNITED STATES DISTRICT COURT JUDGE

---
2
STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER      Case No. CV 11-02424-PJH